Trevor D. Large (SBN: 214886)
Christopher M. de la Vega (SBN: 276391)
**FAUVER, LARGE, ARCHBALD & SPRAY, LLP**
820 State Street, 4th Floor
Santa Barbara, CA 93101
Tel: (805) 966-7000
Fax:  (805) 966-7227
tlarge@flasllp.com
cdelavega@flasllp.com

Attorneys for Plaintiff
Scott Wood

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SCOTT WOOD, an individual, | Case No.:  2:20-CV-10865 |
| Plaintiff, | |
| v. | COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS |
| NEWBRIDGE RESOURCES GROUP, LLC, a Delaware limited liability company; ALSHAIR FIYAZ, an individual; OSCAR CROHN, and individual; KLAUS HASBO, an individual; JOHN CRESPO, an individual; PACIFIC COAST ENERGY COMPANY LP and, DOES 1 through 25, inclusive, | Trial Date:    None Set |
| Defendants. | |
| NEWBRIDGE RESOURCES GROUP, LLC | |
| Counter-Plaintiff, | |
| v. | |
| SCOTT WOOD, | |
| Counter-Defendant. | |

1

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

Counter-Defendant SCOTT WOOD ("Counter-Defendant" or "Wood") responds to the Counterclaims filed by Counter-Plaintiff NEWBRIDGE RESOURCES GROUP, LLC ("Counter-Plaintiff"), as follows:

1. As to paragraph 1 of the Counterclaims, Wood admits that NewBridge was formed in 2019, but denies that any assets beyond those enumerated in the agreements between the parties were assigned by Wood.

2. As to paragraph 2 of the Counterclaims, Wood admits the allegations therein.

3. As to paragraph 3 of the Counterclaims, Wood admits the acquiring Greka was one of the proprietary, potential deals that he brought to NewBridge.

4. As to paragraph 4 of the Counterclaims, Wood admits that he entered into an employment agreement with NewBridge on September 3, 2019.  The details of that agreement speak for themselves and Wood denies the characterizations of that agreement in paragraph 4.

5. As to paragraph 5 of the Counterclaims, Wood denies the allegations therein.

6. As to paragraph 6 of the Counterclaims, Wood denies the allegations therein.

7. As to paragraph 7 of the Counterclaims, Wood denies the allegations therein.

8. As to paragraph 8 of the Counterclaims, with the exception of the allegation that his employment was terminated, Wood denies the allegations therein.

9. As to paragraph 9 of the Counterclaims, Wood denies the allegations therein.

10. As to paragraph 10 of the Counterclaims, Wood denies the allegations therein.

11. As to paragraph 11 of the Counterclaims, Wood denies the allegations therein.

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

12.     As to paragraph 12 of the Counterclaims, Wood denies the allegations therein.

13.     As to paragraph 13 of the Counterclaims, Wood denies the allegations therein.

14.     As to paragraph 14 of the Counterclaims, Wood denies the allegations therein.

15.     As to paragraph 15 of the Counterclaims, Wood denies the allegations therein.

16.     As to paragraph 16 of the Counterclaims, Wood denies the allegations therein.

17.     As to paragraph 17 of the Counterclaims, Wood lacks the personal knowledge to admit or deny the allegations therein.

18.     As to paragraph 18 of the Counterclaims, Wood admits the allegations therein.

19.     As to paragraph 19 of the Counterclaims, the allegations are legal and nature, however, to the extent it is required, Wood denies the allegations therein.

20.     As to paragraph 20 of the Counterclaims, the allegations are legal and nature, however, to the extent it is required, Wood denies the allegations therein.

21.     As to paragraph 21 of the Counterclaims, Wood admits the allegations therein.

22.     As to paragraph 22 of the Counterclaims, Wood admits the allegations therein.

23.     As to paragraph 23 of the Counterclaims, Wood admits that a meeting took place in October of 2018, but denies the remaining allegations therein.

24.     As to paragraph 24 of the Counterclaims, Wood denies the allegations therein.

25.     As to paragraph 25 of the Counterclaims, Wood denies the allegations therein.

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

26. As to paragraph 26 of the Counterclaims, Wood admits the allegations therein.

27. As to paragraph 27 of the Counterclaims, Wood denies that he was ever allowed to act as CEO, but otherwise admits the allegations therein.

28. As to paragraph 28 of the Counterclaims, Wood denies the allegations therein.

29. As to paragraph 29 of the Counterclaims, Wood admits the employment agreement states the listed obligations, amongst others between the parties.

30. As to paragraph 30 of the Counterclaims, Wood admits that both parties had post-employment obligations per the employment agreement.

31. As to paragraph 31 of the Counterclaims, Wood admits that the employment agreement is accurately quoted, but denies the remainder of the allegations therein.

32. As to paragraph 32 of the Counterclaims, Wood admits that the employment agreement is accurately quoted, but denies the remainder of the allegations therein.

33. As to paragraph 33 of the Counterclaims, Wood admits that the employment agreement is accurately quoted, but denies the remainder of the allegations therein.

34. As to paragraph 34 of the Counterclaims, Wood admits that the employment agreement is accurately quoted, but denies the remainder of the allegations therein.

35. As to paragraph 35 of the Counterclaims, Wood admits that the employment agreement is accurately quoted, but denies the remainder of the allegations therein.

36. As to paragraph 36 of the Counterclaims, Wood admits that the employment agreement citation is accurate, but denies the remainder of the allegations therein.

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

37.    As to paragraph 37 of the Counterclaims, Wood admits that the employment agreement is accurately quoted, but denies the remainder of the allegations therein.

38.    As to paragraph 38 of the Counterclaims, Wood admits that the employment agreement is accurately quoted, but denies the remainder of the allegations therein.

39.    As to paragraph 39 of the Counterclaims, Wood denies the allegations therein.

40.    As to paragraph 40 of the Counterclaims, Wood denies the allegations therein.

41.    As to paragraph 41 of the Counterclaims, Wood denies the allegations therein.

42.    As to paragraph 42 of the Counterclaims, Wood denies the allegations therein.

43.    As to paragraph 43 of the Counterclaims, Wood denies the allegations therein.

44.    As to paragraph 44 of the Counterclaims, Wood denies the allegations therein.

45.    As to paragraph 45 of the Counterclaims, Wood denies the allegations therein.

46.    As to paragraph 46 of the Counterclaims, Wood denies the allegations therein.

47.    As to paragraph 47 of the Counterclaims, Wood denies the allegations therein.

48.    As to paragraph 48 of the Counterclaims, Wood denies the allegations therein.

49.    As to paragraph 49 of the Counterclaims, Wood denies the allegations therein.



**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

50.     As to paragraph 50 of the Counterclaims, Wood admits that his access to office information while he was still CEO was denied to him.  He denies the remaining allegations therein.

51.     As to paragraph 51 of the Counterclaims, Wood denies the allegations therein.

52.     As to paragraph 52 of the Counterclaims, Wood denies the allegations therein.

53.     As to paragraph 53 of the Counterclaims, Wood admits that he was terminated as CEO, but denies the remaining allegations therein.

54.     As to paragraph 54 of the Counterclaims, Wood denies the allegations therein.

55.     As to paragraph 55 of the Counterclaims, Wood denies the allegations therein.

56.     As to paragraph 56 of the Counterclaims, Wood denies the allegations therein.

57.     As to paragraph 57 of the Counterclaims, Wood denies the allegations therein.

58.     As to paragraph 58 of the Counterclaims, Wood denies the allegations therein.

59.     As to paragraph 59 of the Counterclaims, Wood denies the allegations therein.

60.     As to paragraph 60 of the Counterclaims, Wood denies the allegations therein.

61.     As to paragraph 61 of the Counterclaims, Wood denies the allegations therein.

62.     As to paragraph 62 of the Counterclaims, Wood denies the allegations therein.

FAUVER · LARGE · ARCHBALD · SPRAY



**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

63. As to paragraph 63 of the Counterclaims, Wood denies the allegations therein.

64. As to paragraph 64 of the Counterclaims, Wood denies the allegations therein.

65. As to paragraph 65 of the Counterclaims, Wood denies the allegations therein.

66. As to paragraph 66 of the Counterclaims, Wood denies the allegations therein.

67. As to paragraph 67 of the Counterclaims, Wood denies the allegations therein.

68. As to paragraph 68 of the Counterclaims, Wood denies the allegations therein.

69. As to paragraph 69 of the Counterclaims, Wood denies the allegations therein.

70. As to paragraph 70 of the Counterclaims, Wood denies the allegations therein.

71. As to paragraph 71 of the Counterclaims, Wood denies the allegations therein.

72. As to paragraph 72 of the Counterclaims, Wood denies the allegations therein.

73. As to paragraph 73 of the Counterclaims, Wood denies the allegations therein.

74. As to paragraph 74 of the Counterclaims, Wood denies the allegations therein.

75. As to paragraph 75 of the Counterclaims, Wood denies the allegations therein.

76. As to paragraph 76 of the Counterclaims, Wood denies the allegations therein.



FAUVER · LARGE · ARCHBALD · SPRAY

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

77. As to paragraph 77 of the Counterclaims, Wood denies the allegations therein.

78. As to paragraph 78 of the Counterclaims, Wood denies the allegations therein.

79. As to paragraph 79 of the Counterclaims, Wood denies the allegations therein.

80. As to paragraph 80 of the Counterclaims, Wood denies the allegations therein.

81. As to paragraph 81 of the Counterclaims, Wood denies the allegations therein.

82. As to paragraph 82 of the Counterclaims, Wood admits or denies as described herein.

83. As to paragraph 83 of the Counterclaims, Wood admits the allegations therein.

84. As to paragraph 84 of the Counterclaims, Wood admits the employment agreement is properly quoted but otherwise denies the allegations therein.

85. As to paragraph 85 of the Counterclaims, Wood denies the allegations therein.

86. As to paragraph 86 of the Counterclaims, Wood admits his employment was terminated on June 6, 2020 but denies any other allegations therein.

87. As to paragraph 87 of the Counterclaims, Wood denies the allegations therein.

88. As to paragraph 88 of the Counterclaims, Wood denies the allegations therein.

89. As to paragraph 89 of the Counterclaims, Wood denies the allegations therein.

90. As to paragraph 90 of the Counterclaims, Wood denies the allegations therein.

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

91. As to paragraph 91 of the Counterclaims, Wood denies the allegations therein.

92. As to paragraph 92 of the Counterclaims, Wood denies the allegations therein.

93. As to paragraph 93 of the Counterclaims, Wood admits or denies the allegations as described herein.

94. As to paragraph 94 of the Counterclaims, Wood denies the allegations therein.

95. As to paragraph 95 of the Counterclaims, Wood denies the allegations therein.

96. As to paragraph 96 of the Counterclaims, Wood denies the allegations therein.

97. As to paragraph 97 of the Counterclaims, Wood denies the allegations therein.

98. As to paragraph 98 of the Counterclaims, Wood denies the allegations therein.

99. As to paragraph 99 of the Counterclaims, Wood denies the allegations therein.

100. As to paragraph 100 of the Counterclaims, Wood admits or denies as described herein.

101. As to paragraph 101 of the Counterclaims, Wood admits the allegations therein.

102. As to paragraph 102 of the Counterclaims, Wood admits the agreement is quoted accurately but denies any remaining allegations therein.

103. As to paragraph 103 of the Counterclaims, Wood denies the allegations therein.

104. As to paragraph 104 of the Counterclaims, Wood admits he was terminated on June 6, 2020, but denies the remaining allegations therein.

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

105.   As to paragraph 105 of the Counterclaims, Wood denies the allegations therein.

106.   As to paragraph 106 of the Counterclaims, Wood denies the allegations therein.

107.   As to paragraph 107 of the Counterclaims, Wood denies the allegations therein.

108.   As to paragraph 108 of the Counterclaims, Wood denies the allegations therein.

109.   As to paragraph 109 of the Counterclaims, Wood denies the allegations therein.

110.   As to paragraph 110 of the Counterclaims, Wood denies the allegations therein.

111.   As to paragraph 111 of the Counterclaims, Wood denies the allegations therein.

112.   As to paragraph 112 of the Counterclaims, Wood admits or denies as described herein.

113.   As to paragraph 113 of the Counterclaims, Wood admits the allegations therein.

114.   As to paragraph 114 of the Counterclaims, Wood admits the agreement is quoted but denies any remaining allegations therein.

115.   As to paragraph 115 of the Counterclaims, Wood admits the agreement is quoted but denies any remaining allegations therein.

116.   As to paragraph 116 of the Counterclaims, Wood denies the allegations therein.

117.   As to paragraph 117 of the Counterclaims, Wood denies the allegations therein.

118.   As to paragraph 118 of the Counterclaims, Wood denies the allegations therein.

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

119. As to paragraph 119 of the Counterclaims, Wood denies the allegations therein.

120. As to paragraph 120 of the Counterclaims, Wood denies the allegations therein.

121. As to paragraph 121 of the Counterclaims, Wood denies the allegations therein.

122. As to paragraph 122 of the Counterclaims, Wood denies the allegations therein.

123. As to paragraph 123 of the Counterclaims, Wood denies the allegations therein.

124. As to paragraph 124 of the Counterclaims, Wood admits or denies as described herein.

125. As to paragraph 125 of the Counterclaims, Wood denies the allegations therein.

126. As to paragraph 126 of the Counterclaims, Wood denies the allegations therein.

127. As to paragraph 127 of the Counterclaims, Wood denies the allegations therein.

128. As to paragraph 128 of the Counterclaims, Wood denies the allegations therein.

129. As to paragraph 129 of the Counterclaims, Wood denies the allegations therein.

130. As to paragraph 130 of the Counterclaims, Wood denies the allegations therein.

131. As to paragraph 131 of the Counterclaims, Wood denies the allegations therein.

132. As to paragraph 132 of the Counterclaims, Wood denies the allegations therein.

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

133.    As to paragraph 133 of the Counterclaims, Wood denies the allegations therein.

134.    As to paragraph 134 of the Counterclaims, Wood denies the allegations therein.

135.    As to paragraph 135 of the Counterclaims, Wood denies the allegations therein.

136.    As to paragraph 136 of the Counterclaims, Wood denies the allegations therein.

137.    As to paragraph 137 of the Counterclaims, Wood denies the allegations therein.

138.    As to paragraph 138 of the Counterclaims, Wood denies the allegations therein.

139.    As to paragraph 139 of the Counterclaims, Wood denies the allegations therein.

140.    As to the alleged Prayer for Relief, Wood denies all allegations and claims therein and alleges that Counter Claimants are entitled to no relief.

## COUNTER DEFENDANT'S AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim for Relief)

The Counter Claims fails to state a claim on which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

(Defense to Breach of Contract Claim)

The Counter Claims fail to satisfy a condition precedent for their breach of contract claims including, but not limited to, failure to provide Wood severance.

///

///

///

12

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

**THIRD AFFIRMATIVE DEFENSE**

(Defense to Breach of Contract Claim)

The Counter Claim fails to properly allege a breach of contract claim because the allegations regarding confidential information because the information did not belong to counter claimants.

**FOURTH AFFIRMATIVE DEFENSE**

(Defenses to Conversion Claim)

The alleged converted material is the property of Wood. Wood did not convey any of the alleged converted property to counter claimants and/or were part of his authority to use as CEO.

**FIFTH AFFIRMATIVE DEFENSE**

(No Damages)

Counter Claimants damages, to the extent they exist, were proximately caused by acts and omissions of the Counter Claimants.

**SIXTH AFFIRMATIVE DEFENSE**

(Damages Caused By Wood's Own Actions)

The damages were a result of the Counter Claimants actions.

**SEVENTH AFFIRMATIVE DEFENSE**

(Damages Caused By Others)

Third parties are responsible for the damages counter claimants have suffered, if they exist. Those damages are the proximate results of intervening and superseding acts by the Served Defendants.

**EIGHTH AFFIRMATIVE DEFENSE**

(Speculative Damages)

Counter claimants damages are speculative, ambiguous, and illusory. The award for the damages against Wood is improper.

///

///

13

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

## NINTH AFFIRMATIVE DEFENSE

### (Exemplary Damages Not Warranted)

Wood cannot be held liable for exemplary, punitive or other similar damages, because, the counter did not a claimants did not act in good faith with the intent to comply with all legal obligations. Punitive and/or exemplary damages against the Wood are not warranted because Wood did not intend to act wrongfully, with malice, and with reckless indifference toward counter claimants rights under the law.

## TENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Counter claimants failed to use reasonable efforts to avoid harm and to mitigate their damages.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Setoff and Recoupment)

Counter claimants claims cannot stand because of the doctrines of setoff and recoupment.

## RESPONSE TO TWELFTH AFFIRMATIVE DEFENSE

### (Equitable Defense – Unclean Hands)

Counter Claimants claims cannot stand due to the doctrine of unclean hands. Counter claimants improperly acquired Wood's property and trade secrets, failed to allow him to operate as CEO, and breached the agreement between the parties.

///

///

///

///

///

///

///

///

14

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**

**THIRTEENTH AFFIRMATIVE DEFENSE**

(Equitable Defense – Waiver)

Counter claimants claims cannot stand due to the doctrine of waiver.

DATED:  June 29, 2021

FAUVER, LARGE, ARCHBALD & SPRAY, LLP

By:_____
Trevor D. Large
Christopher M. de la Vega
Attorneys for Plaintiff
SCOTT WOOD

**COUNTER-DEFENDANT'S ANSWER TO COUNTERCLAIMS**