UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10865-VAP (AGRx) | Date | October 20, 2021 |
|---|---|---|---|
| Title | Scott Wood v. Newbridge Resources Group, LLC., et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| H. Crawford | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff | | Attorneys Present for Defendant |
| Trevor Douglas Large | | Marc L. Greenwald |

**Proceedings:**     **SETTLEMENT**

The parties have settled the case and will file a stipulation for dismissal by November 14, 2021

.

cc:     District Judge Virginia A. Phillips
       All Parties of Record

Initials of Preparer      hc