TREVOR D. LARGE (Bar No. 214886)
tlarge@flasllp.com
CHRISTOPHER M. DE LA VEGA (Bar No. 276391)
cdelavega@flasllp.com
FAUVER, LARGE, ARCHBALD & SPRAY, LLP
820 State Street, 4th Floor
Santa Barbara, California, 93101
Telephone:     (805) 966-7000
Facsimile:      (805) 966-7227

*Attorneys for Plaintiff Scott Wood*

BRUCE E. VAN DALSEM (Bar No. 124128)
brucevandalsem@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:     (415) 875-6600
Facsimile:      (415) 875-6700

MARC GREENWALD (Bar No. 176072)
marcgreenwald@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
51 Madison Avenue, 22nd Floor New York, NY 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

*Attorneys for Plaintiff K-4 Oil, LLC and for Defendants NewBridge Resources Group, LLC, Pacific Coast Energy Company LP & John Crespo*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| SCOTT WOOD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEWBRIDGE RESOURCES GROUP, LLC, a Delaware limited liability company; ALSHAIR FIYAZ, an individual; OSCAR CROHN, an individual; KLAUS HASBO, an individual; JOHN CRESPO, an individual; PACIFIC COAST ENERGY COMPANY LP; and, DOES 1 through 25, inclusive,<br><br>Defendants. | STIPULATION OF VOLUNTARY DISMISSAL<br><br>Case No.  2:20-cv-10865 VAP (AGRx) Consolidated with: 2:21-CV-04476 VAP (AGRx)<br><br>Trial Date:        January 18, 2021 |

1    IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

2  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-defendant

3  Scott Wood ("Wood"), Defendant and Counterclaim-plaintiff NewBridge Resources Group

4  ("NewBridge"), and Defendants Pacific Coast Energy Company LP and John Crespo, and Plaintiff

5  K-4 Oil, LLC ("K-4") in the consolidated action *K-4 Oil, LLC v. Wood*, Case No. 2:21-cv-04476

6  VAP (AGRx) (C.D. Cal.) (the "K-4 Action"), hereby stipulate that (1) the above-entitled action

7  and the K-4 Action shall be dismissed; (2) Counterclaim-plaintiff NewBridge dismisses all

8  counterclaims previously filed against Wood in the above-entitled action.

9    The parties further authorize this Court to retain jurisdiction to enforce the terms of a

10  Confidential Settlement Agreement between the parties.

11    The dismissals shall be with prejudice, with each party to bear its own costs and fees.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF VOLUNTARY DISMISSAL

Dated: October 20, 2021

FAUVER, LARGE, ARCHBALD & SPRAY, LLP

Trevor D. Large
Christopher M. de la Vega

FAUVER, LARGE, ARCHBALD & SPRAY, LLP
Trevor D. Large (Bar No. 214886)
tlarge@flasllp.com
Christopher M. de la Vega (Bar no. 276391)
cdelavega@flasllp.com
820 State Street, 4th Floor
Santa Barbara, California 93101
Telephone:      (805) 966-7000
Facsimile:      (805) 966-7227

*Attorneys for Plaintiff Scott Wood*

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Bruce E. Van Dalsem
Marc Greenwald

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Bruce E. Van Dalsem (Bar No. 124128)
brucevandalsem@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:      (213) 443-3000
Facsimile:      (213) 443-3100

Marc Greenwald (Bar No. 176072)
marcgreenwald@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:      (212) 849-7100

*Attorneys for Plaintiff K-4 Oil, LLC and for Defendants NewBridge Resources Group, LLC, Pacific Coast Energy Company LP & John Crespo*

1  **FILER'S ATTESTATION**

2      I, Bruce E. Van Dalsem, am the ECF user whose ID and password were used to file

3  STIPULATION OF VOLUNTARY DISMISSAL.  Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest

4  that counsel for Plaintiff Scott Wood concurred in the filing of this document.

5

6

7  Date: October 20, 2021

                                    By */s/ Bruce E. Van Dalsem*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28